| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report 7/30/07 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☐   NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   PARTNER (BEFORE APPOINTMENT) | FULBRIGHT & JAWORSKI L.L.P. |
| 2.   MEMBER OF THE ADVISORY BOARD | THE HONORS COLLEGE AT THE UNIVERSITY OF HOUSTON |
| 3. | |
| 4. | |
| 5. | |

2007 AUG -6 P 12: 11   FINANCIAL DISCLOSURE OFFICE   RECEIVED

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☒   NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | FULBRIGHT & JAWORSKI L.L.P. (INCOME AND INTEREST INCOME BEFORE APPOINTMENT) | $ 257,461 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE BANK | CREDIT CARD | J |
| 2. | TRAPEZE CAPITAL CORP. | SHORT SELLS (350 SHS DILLIARDS INC COMMON, 900 SHS ALIGN TECH INC COMMON, AND 500 SHS AVAYA INC COMMON) | K |
| 3. | TRAPEZE CAPITAL CORP. | MARGIN ACCOUNT | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Account | A | Interest | J | T | | | | | |
| 2. Everbank Bank Accounts | C | Interest | M | T | | | | | |
| 3. Peoples State Bank Account"X" | | None | J | T | | | | | |
| 4. Excelsior Fund L.P. | C | Int./Div. | L | T | | | | | |
| 5. Glenrock Global Partners AI L.P. | D | Int./Div. | M | T | | | | | |
| 6. Copernicus International Market Neutral Fund, LP (formerly.. | D | Int./Div. | M | T | | | | | |
| 7. Nippon Renewal Partners L.P. | A | Int./Div. | L | T | | | | | |
| 8. Prudent Bear Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 9. Note from Relative (formerly known as ...) | | None | J | T | | | | | |
| 10. Fulbright & Jaworski L.L.P. 401(k) | B | Interest | | | Rollover | 06/13 | M | | Rollover to IRA #3 |
| 11. Fulbright & Jaworski L.L.P. Profit Sharing | B | Interest | | | Rollover | 06/13 | M | | Rollover to IRA #3 |
| 12. Fulbright & Jaworski L.L.P. defined benefit plan | | None | | | Rollover | 06/13 | P1 | | Rollover to IRA #3 |
| 13. Fulbright & Jaworski L.L.P. Capital Account | | None | | | Rollover | | | | Rollover to Everbank |
| 14. Brokerage Account #1 | | | | | | | | | |
| 15. - Core Cash Account "X" | A | Interest | J | T | | | | | |
| 16. - Fidelity Select Energy Serv. | | None | | | Sell | 03/08 | K | D | |
| 17. - Fidelity Cash Reserves | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Fidelity Select Energy Service | | None | | | Sell | 03/08 | J | A | |
| 19.   - Fidelity Select Gold | B | Dividend | | | Buy | 01/09 | K | | |
| 20. | | | | | Buy | 01/17 | J | | |
| 21. | | | | | Buy | 01/23 | J | | |
| 22. | | | | | Part Sale | 03/28 | K | B | |
| 23. | | | | | Sell | 05/15 | J | A | |
| 24.   - Fidelity Internat'l Real Estate Fund | A | Dividend | J | T | Buy | 11/21 | J | | |
| 25.   - iShares TR FTSE Xinhua HK China 25 Index | A | Dividend | J | T | Buy | 11/24 | J | | |
| 26.   - iShares TR Dow Jones U S Real Estate | A | Dividend | J | T | Buy | 10/20 | J | | |
| 27.   - iShares Inc MSCI Spain Index FD | A | Dividend | J | T | Buy | 11/24 | J | | |
| 28.   - Precious Metals Ultra Sec Pro Invst | | None | | | Buy | 03/29 | J | | |
| 29. | | | | | Sell | 07/10 | J | B | |
| 30.   - US World Precious Minerals | C | Dividend | K | T | Buy | 03/29 | J | | |
| 31. | | | | | Buy | 06/23 | J | | |
| 32. | | | | | Buy | 07/05 | J | | |
| 33. | | | | | Buy | 07/12 | J | | |
| 34. | | | | | Buy | 07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 08/04 | J | | |
| 36. | | | | | Part Sale | 11/21 | J | A | |
| 37.  - US Gold Shares | | None | | | Buy | 03/29 | J | | |
| 38. | | | | | Sell | 05/17 | J | B | |
| 39. Brokerage Account #2 (formerly known as Strategic Capital..) | | | | | | | | | |
| 40.  - Abercrombie & Fitch Company Common Stock | A | Dividend | J | T | Buy | 06/13 | J | | |
| 41. | | | | | Buy | 06/23 | J | | |
| 42.  - Align Tech Inc Common Stock | | None | J | T | Sold Short | 10/23 | J | | |
| 43. | | | | | Sold Short | 10/24 | J | | |
| 44. | | | | | Sold Short | 10/31 | J | | |
| 45. | | | | | Sold Short | 11/21 | J | | |
| 46. | | | | | Sold Short | 11/28 | J | | |
| 47.  - Avaya Inc Common Stock | | None | J | T | Sold Short | 05/18 | J | | |
| 48. | | | | | Sold Short | 05/23 | J | | |
| 49. | | | | | Sold Short | 10/18 | J | | |
| 50. | | | | | Sold Short | 10/19 | J | | |
| 51. | | | | | Cover Short | 07/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Cover Short | 09/15 | J | A | |
| 53. | | | | | Cover Short | 10/25 | J | | |
| 54. | | | | | Sold Short | 10/20 | J | | |
| 55. | | | | | Sold Short | 10/24 | J | | |
| 56. - Canadian Superior Energy Units | | None | J | T | Buy | 02/09 | J | | |
| 57. | | | | | Buy | 11/07 | J | | |
| 58. - Cano Petroleum Inc 33 Lgnd | | None | J | T | Buy | 09/05 | J | | |
| 59. - Canoro Res Ltd. Units | | None | J | T | Buy | 07/21 | J | | |
| 60. - Circuit City Stores Inc. Common Stock | | None | | | Short Sold | 01/11 | J | | |
| 61. | | | | | Cover Short | 04/20 | J | | |
| 62. | | | | | Cover Short | 05/01 | J | | |
| 63. - Connacher Oil and Gas Limited Common Stock | | None | J | T | Part Sale | 01/27 | J | B | |
| 64. | | | | | Part Sale | 01/30 | J | B | |
| 65. - Corridor Res Inc. Common Stock | | None | K | T | Buy | 02/21 | J | | |
| 66. - Capital One Financial Corp Common Stock | A | Dividend | | | Buy | 06/13 | J | | |
| 67. | | | | | Sell | 09/07 | J | | |
| 68. - Cryptologic Inc Common Stock | A | Dividend | | | Part Sale | 03/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sell | 10/02 | J | | |
| 70. - Dillard's Inc. CL-A | | None | J | T | Cover Short | 02/23 | J | | |
| 71. | | | | | Sold Short | 09/13 | J | | |
| 72. | | | | | Sold Short | 09/14 | J | | |
| 73. - Delta Pete Corp - New Common Stock | | None | J | T | Buy | 08/14 | J | | |
| 74. | | | | | Part Sale | 10/24 | J | B | |
| 75. - Dynacor Mines Inc Units | | None | J | T | Buy | 04/06 | J | | |
| 76. - Eastcoast Energy Cp-B Sv | | None | K | T | Buy | 12/04 | J | | |
| 77. | | | | | Buy | 12/29 | J | | |
| 78. - Embarq Corporation Common Stock | A | Dividend | | | Buy | 05/18 | J | | |
| 79. | | | | | Sell | 09/07 | J | A | |
| 80. - Entertainment One Incm Trust Unit | A | Dividend | J | T | Buy | 02/22 | J | | |
| 81. - Ericsson L M Tel ADR-New | | None | | | Cover Short | 04/10 | J | | |
| 82. - Etruscan Resources Inc. Common Stock | | None | K | T | Buy | 05/04 | J | | |
| 83. - General Motors Corp 8.375% 15Jul33 | | None | | | Buy | 02/17 | J | | |
| 84. | | | | | Sell | 06/30 | J | A | |
| 85. - Globestar Mining Corp Common Stock | | None | J | T | Buy | 07/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Goldfarb Corp Cl-A Svs | | None | J | T | | | | | |
| 87.  - High River Gold Mines Ltd | | None | J | T | Buy | 10/30 | J | | |
| 88.  - High River Gld Qly Cv Rs 8% 31Dec11 | A | Int./Div. | J | T | Buy | 11/10 | J | | |
| 89.  - Home Depot Inc Common Stock | | None | | | Buy | 06/13 | J | | |
| 90. | | | | | Sell | 08/02 | J | | |
| 91.  - Iamgold Corp Common Stock | A | Dividend | J | T | Buy | 10/03 | J | | |
| 92. | | | | | Buy | 10/10 | J | | |
| 93. | | | | | Part Sale | 02/03 | J | A | |
| 94. | | | | | Part Sale | 02/08 | J | A | |
| 95. | | | | | Sell | 08/17 | J | B | |
| 96.  - Isle of Capri Casino Inc Common Stock | | None | | | Sold Short | 01/11 | J | | |
| 97. | | | | | Sold Short | 01/17 | J | | |
| 98. | | | | | Sold Short | 02/13 | J | | |
| 99. | | | | | Cover Short | 04/11 | J | | |
| 100. | | | | | Cover Short | 04/18 | J | | |
| 101. | | | | | Cover Short | 04/21 | J | | |
| 102.  - KFX Inc. Common Stock | | None | | | Sold Short | 01/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold Short | 04/13 | J | | |
| 104. | | | | | Sold Short | 04/28 | J | | |
| 105. | | | | | Cover Short | 01/10 | J | | |
| 106. | | | | | Cover Short | 01/11 | J | | |
| 107. | | | | | Cover Short | 05/19 | J | A | |
| 108. | | | | | Cover Short | 05/23 | J | A | |
| 109. - Kingsway Finl Servs Inc. Common Stock | A | Dividend | J | T | | | | | |
| 110. - Kodiak Oil & Gas Common Stock | | None | K | T | | | | | |
| 111. - La Senza Corporation SV Common Stock | A | Dividend | J | T | Buy | 02/07 | J | | |
| 112. | | · | | | Part Sale | 07/13 | J | B | |
| 113. | | | | | Part Sale | 10/12 | J | B | |
| 114. | | | | | Part Sale | 11/03 | J | B | |
| 115. | | | | | Part Sale | 11/09 | J | B | |
| 116. - Lowes Companies Inc. Common Stock | A | Dividend | K | T | Buy | 08/07 | J | | |
| 117. | | | | | Buy | 08/08 | J | | |
| 118. | | | | | Buy | 08/15 | J | | |
| 119. - Marvell Tech Group Ltd | | None | | | Cover Short | 04/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Cover Short | 04/24 | J | | |
| 121. - Natl Semiconductor Corp Common Stock | | None | | | Sold Short | 04/18 | J | | |
| 122. | | | | | Sold Short | 04/19 | J | | |
| 123. | | | | | Cover Short | 05/31 | J | A | |
| 124. | | | | | Cover Short | 06/06 | J | A | |
| 125. - Novatel Wireless Inc-New Common Stock | | None | | | Cover Short | 02/16 | J | B | |
| 126. | | | | | Cover Short | 02/21 | J | A | |
| 127. - Pan American Silver Corp | | None | J | T | Buy | 09/29 | J | | |
| 128. - Pan-Ocean Energy-B Svs-New | | None | | | Part Sale | 07/20 | J | | |
| 129. | | | | | Sell | 09/12 | K | E | |
| 130. - Pacific Sunwear Calif. Common Stock | | None | | | Buy | 04/19 | J | | |
| 131. | | | | | Buy | 04/20 | J | | |
| 132. | | | | | Part Sale | 06/20 | J | | |
| 133. | | | | | Sell | 06/21 | J | | |
| 134. - Petrolifera Petroleum Ltd | | None | K | T | | | | | |
| 135. - Pinnacle Airlines Corp Common Stock | | None | J | T | Buy | 11/16 | J | | |
| 136. - Rally Energy Corp Common Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Redback Networks Inc. New Common Stock | | None | | | Sold Short | 01/30 | J | | |
| 138. | | | | | Sold Short | 08/23 | J | | |
| 139. | | | | | Sold Short | 12/14 | J | | |
| 140. | | | | | Cover Short | 07/21 | J | A | |
| 141. | | | | | Cover Short | 09/06 | J | A | |
| 142. | | | | | Cover Short | 12/20 | J | | |
| 143. - Ruby Tuesday Inc. Common Stock | A | Dividend | | | Part Sale | 03/21 | J | A | |
| 144. | | | | | Sell | 03/22 | J | B | |
| 145. - Sirius Satellite Radio Common Stock | | None | | | Cover Short | 01/25 | J | A | |
| 146. | | | | | Cover Short | 02/08 | J | A | |
| 147. - Specialty Foods Group Income Trust Unit | | None | J | T | Buy | 10/10 | J | | |
| 148. | | | | | Part Sale | 08/31 | J | | |
| 149. | | | | | Part Sale | 11/13 | J | | |
| 150. - Specialty Foods Grp Vr/Rt 14/Dec11 | A | Int./Div. | J | T | Buy | 06/14 | J | | |
| 151. - Sprint Nextel Corp Common Stock | A | Dividend | | | Buy | 01/25 | J | | |
| 152. | | | | | Buy | 01/26 | J | | |
| 153. | | | | | Buy | 01/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy | 01/30 | J | | |
| 155. | | | | | Buy | 02/01 | J | | |
| 156. | | | | | Sell | 10/03 | J | | |
| 157. - St. Andrew Goldfields - New Common Stock | | None | J | T | | | | | |
| 158. - St. Andrew Goldfields Ltd 10%30Apr08 | A | Int./Div. | J | T | Buy | 11/03 | J | | |
| 159. - Sterling Res Ltd. | | None | J | T | Buy | 10/18 | J | | |
| 160. | | | | | Buy | 12/13 | J | | |
| 161. - Storm Cat Energy Corp 33L 28Jan07 Units | | None | J | T | Buy | 09/25 | J | | |
| 162. - Sub Rec-Pacific Engy-Unit 16Mar07 | | None | J | T | Buy | 11/10 | J | | |
| 163. - Tim Hortons Inc Common Stock | | None | | | Sold Short | 10/02 | J | | |
| 164. | | | | | Cover Short | 12/21 | J | | |
| 165. - TJX Companies Inc-New Common Stock | A | Dividend | J | T | | | | | |
| 166. - Transocean Inc. Common Stock | | None | | | Sold Short | 05/15 | J | | |
| 167. | | | | | Cover Short | 06/15 | J | A | |
| 168. - Tudor Corporation Ltd | | None | J | T | Buy | 02/03 | J | | |
| 169. - Ultratech Inc Common Stock | | None | | | Sold Short | 04/18 | J | | |
| 170. | | | | . | Sold Short | 04/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold Short | 04/20 | J | | |
| 172. | | | | | Cover Short | 06/02 | J | A | |
| 173. | | | | | Cover Short | 06/06 | J | A | |
| 174. - United Healthcare Group Inc. Common Stock | | None | J | T | Buy | 04/20 | J | | |
| 175. | | | | | Buy | 06/13 | J | | |
| 176. - Wendys International Inc. Common Stock | | None | | | Sold Short | 10/02 | J | | |
| 177. | | | | | Cover Short | 10/20 | J | | |
| 178. - WTS-Cano Petroleum 6mar08 | | None | J | T | Buy | 09/05 | J | | |
| 179. - WTS-Canoro Res 25Jul07 | | None | J | T | | | | | |
| 180. - WTS-Dynacor Mines 06Apr08 | | None | J | T | | | | | |
| 181. - WTS-Dynacor Mines 28Dec07 | | None | J | T | | | | | |
| 182. - WTS-Petrolifera Pete 08May07 | | None | J | T | | | | | |
| 183. - Wynn Resorts Ltd | | None | | | Sold Short | 05/23 | J | | |
| 184. | | | | | Sold Short | 05/25 | J | | |
| 185. | | | | | Sold Short | 07/18 | J | | |
| 186. | | | | | Sold Short | 09/07 | J | | |
| 187. | | | | | Cover Short | 11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Cover Short | 11/15 | J | | |
| 189. - Yamana Gold Inc Common Stock | A | Dividend | K | T | Buy | 09/29 | J | | |
| 190. | | | | | Part Sale | 02/06 | J | B | |
| 191. IRA #1 Rydex Juno Fund | A | Dividend | K | T | | | | | |
| 192. IRA #2 Rydex Juno Fund | A | Dividend | | | Rollover | 06/21 | K | B | Rollover to IRA #3 |
| 193. IRA #3 | | | | | | | | | |
| 194. - FX Concepts Global Funds Master Trust (IRA Investment) | F | Dividend | N | T | Buy | 06/30 | M | | |
| 195. - AIS Futures Fund II L.P. (IRA Investment) | | None | L | T | Buy | 06/30 | L | | |
| 196. - Prism Offshore Fund Ltd. (IRA Investment) | F | Dividend | O | T | Buy | 06/30 | N | | |
| 197. - Sprott Capital L.P. (IRA Investment) | E | Dividend | O | T | Buy | 06/30 | N | | |
| 198. - Triumph Offshore Fund Ltd. (IRA Investment) | D | Dividend | M | T | Buy | 06/30 | M | | |
| 199. - World Savings Bank (IRA) (CD) | C | Interest | L | T | Buy | 08/29 | K | | |
| 200. - Chase Bank Account (IRA) | | None | K | T | Opened | | | | |
| 201. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part 7 Line 6 - Copernicus International Market Neutral Fund, LP was formerly known as Alpha Equity International Mkt. Neutral Fund.

Part 7 Line 39 to Line 190 - Brokerage Statement #2 is with Trapeze Capital Corp. which was formerly known as Strategic Capital Partners, Inc.

Part 7 Line 9 - Note from Relative was formerly known as Note from Bobby and Jacquie Smaistria.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 05/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___7/30/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544